DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MOISES ESPINOZA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3731

[January 2, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 562007CF005069A.

Moises Espinoza, Okeechobee, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***